USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/11/2024_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PICHARDO,

                              Plaintiff,

-against-

BOSTON POST FOOD CORP, *et al.*,

                              Defendants.

**24-CV-04520 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's response to the prior Order to Show Cause and finds that Plaintiff has established sufficient good cause for delay in prosecuting this action. Plaintiff is also hereby **ORDERED** to submit a status report on the pendency of this action on October 1, 2024.

**SO ORDERED.**

Dated:    September 11, 2024
             New York, New York

                                                            */s/ Andrew L. Carter, Jr.*
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**