USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/17/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PICHARDO,**<br><br>                              **Plaintiff,**<br><br>             -against-<br><br>**BOSTON POST FOOD CORP,** *et al.*,<br><br>                              **Defendants.** | 24-CV-04520 (ALC)<br><br><u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiffs have requested and obtained a Clerk's Certificate of Default. ECF No. 13. Whereas the Clerk of the Court issued a Certificate of Default on October 1, 2024, Plaintiffs have yet to file their contemplated motion for default judgment and related papers. Plaintiffs are hereby **ORDERED** to file their anticipated motion and related papers in accordance with the Court's Rules of Individual Practice by October 31, 2024.

Dated:   October 17, 2024
              New York, New York

                                                                    *Andrew L. Carter*
                                                                    **ANDREW L. CARTER, JR.**
                                                                    **United States District Judge**