MEMO ENDORSED     Case 1:24-cv-04520-ALC   Document 21   Filed 10/31/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/31/2024

<div align="center">

**LEE LITIGATION GROUP, PLLC**
148 WEST 24ᵀᴴ STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

</div>

WRITER'S DIRECT:   212-465-1188
                   cklee@leelitigation.com

<div align="right">October 29, 2024</div>

**Via ECF**

The Honorable Andrew L. Carter Jr., U.S.D.J.
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Pichardo v. Boston Post Food Corp. et al.*
            Case No.: 1:24-cv-04520

Dear Judge Carter:

    We are counsel to Plaintiff in the above-referenced action and write to respectfully request a 30-day extension for Plaintiff to file the motion for default judgment. Pursuant to the Court's Order dated October 17, 2024 (Dkt. No. 19), Plaintiff's motion for default judgment is currently due by October 31, 2024.

    This is the first request for an extension of this deadline, and there is no prejudice to Defendants in the Court granting Plaintiff's request. This request is made in accordance with rule 1(D) of the Court's Individual Practices.

    The reason for this request is because our office has been unable to reach Plaintiff for several weeks. After the Court entered the Order setting a date for Plaintiff to move for default judgment, our office contacted Plaintiff to apprise him of such. During the call on October 17, 2024, Plaintiff provided updated contact information. However, since that time, Plaintiff changed his cell phone number (which is our only form of communication with Plaintiff since he does not use email), and we have been unable to reach him in order to complete the affidavit to file in support of the motion for default judgment.

    We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ C.K. Lee*
_____

cc: all parties via ECF

Dated: October 31, 2024
The Court hereby grants Plaintiff's request for an extension. Plaintiff is **ORDERED** to file their motion for default judgment on November 31, 2024.

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE