UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECUNDINO GARCIA PICHARDO,
*on behalf of himself, FLSA Collective Plaintiffs,
and the Class,*

                Plaintiff,

    v.

BOSTON POST FOOD CORP.
    d/b/a C-TOWN, and
RAMON VARGAS,

                Defendants.

Case No: 1:24-cv-04520

NOTICE OF MOTION
FOR
DEFAULT JUDGMENT

---

**PLEASE TAKE NOTICE** that upon the Affidavit of C.K. Lee and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiff SECUNDINO GARCIA PICHARDO, hereby moves for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiff PICHARDO against Defendants BOSTON POST FOOD CORP. and RAMON VARGAS, together with such other relief as the Court deems just and proper.

Pursuant to Local Rule 55.2(b), attached to the Affidavit of C.K. Lee are copies of the Complaint, Affidavits of Service, Clerk's Certificate of Default, Plaintiff's Damage Calculations, and proposed Order for Default Judgment.

Dated: December 2, 2024
       New York, New York

By:   */s/ C.K. Lee*
      C.K. Lee, Esq. (CL 4086)

**LEE LITIGATION GROUP, PLLC**
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1188
Fax: (212) 465-1181
*Attorneys for Plaintiff*