USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**SECUNDIO GARCIA PICHARDO, on behalf of himself, FLSA Collective Plaintiffs, and the Class,**

**Plaintiff,**

**-against-**

**BOSTON POST FOOD CORP. d/b/a/ C-TOWN, and RAMON VARGAS,**

**Defendants.**

-----------------------------------------------------------------X

**24-CV-04520 (ALC)(SN)**

**<u>ORDER</u>**

**SARAH NETBURN, United States Magistrate Judge:**

On June 12, 2024, Plaintiff Secundio Garcia Pichardo filed this action against Boston Post Food Corp. and Ramon Vargas seeking, among other things, wage-and-hour damages for a term of employment at Defendants' C-Town supermarket located at 4008 Boston Road from September 18, 2016, to June 22, 2022 (the "2024 Case"). Defendants failed to respond to the complaint, and Plaintiff seeks a default judgment. Plaintiff seeks $175,965.18.

Eighteen months earlier, on October 25, 2022, the same counsel filed an action on behalf of the same Plaintiff against Boston Post Food Corp. seeking, among other things, wage-and-hour damages for a term of employment at the same C-Town supermarket for the same period. <u>See</u> <u>Pichardo et al. v. Boston Post Food Corp. et al.</u>, No. 22-cv-09157 (JPO) (S.D.N.Y.) (the "2022 Case"), Compl. at ECF No. 1. The 2022 Case resulted in a default judgment, and Plaintiff was awarded $179,893.14. No. 22-cv-09157, at ECF No. 95.

Plaintiff's counsel does not address the default judgment obtained in the 2022 Case in his application for a similar judgment in the 2024 case. Accordingly, by August 14, 2026, Plaintiff's

counsel C.K. Lee shall file a sworn statement addressing the propriety of these duplicative claims and, to the extent different damages are sought in each case, an explanation of those damages. Counsel shall also explain why he did not raise the 2022 Case to the Court. Counsel must confirm that his client authorized him to pursue both the 2022 Case and the 2024 Case. If Plaintiff's counsel filed the 2024 Case in error, he shall explain, in detail, how this happened, including what systems are used at his law firm to manage client cases.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 10, 2026
New York, New York